# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136369

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTHONY SCOTT CAMPBELL,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136369
COA: 283606
Branch CC: 01-007197-FC

On order of the Court, the application for leave to appeal the March 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

*Corbin R. Davis*
Clerk

p0915